O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 07-356M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| JULIO CESAR DENA-PELESTER, ) | |
| ) | |
| Defendant. ) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1. ( )  crime of violence;

    2. ( )  offense with maximum sentence of life imprisonment or death;

    3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years
        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( )  felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X)  serious risk defendant will flee;

    2. ( )  serious risk defendant will

        a. ( )  obstruct or attempt to obstruct justice;

        b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

|     |     |
| --- | --- |
| 1   | II. |
| 2   | The Court finds no condition or combination of conditions will reasonable assure: |
| 3   | A. ( X )   appearance of defendant as required; and/or |
| 4   | B. ( ) safety of any person or the community; |
| 5   | III. |
| 6   | The Court has considered: |
| 7   | A. ( x) the nature and circumstances of the offense; |
| 8   | B. (x) the weight of evidence against the defendant; |
| 9   | C. (x) the history and characteristics of the defendant; |
| 10  | D. ( ) the nature and seriousness of the danger to any person or to the community. |
| 11  | IV. |
| 12  | The Court concludes: |
| 13  | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 14  |     |
| 15  | B. (x )   History and characteristics indicate a serious risk that defendant will flee because: |
| 16  | **Defendant is undocumented.  He has no ties to the community and no bail** |
| 17  | **resources.** |
| 18  |     |
| 19  | C. ( ) A serious risk exists that defendant will: |
| 20  | 1. ( )   obstruct  or  attempt to  obstruct  justice; |
| 21  | 2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 22  |     |
| 23  | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption |
| 24  | provided in 18 U.S.C. § 3142 (e). |
| 25  | /// |
| 26  | /// |
| 27  | /// |
| 28  | /// |

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: November 30, 2007

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)  - 3 -  Page 3 of 3